UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTON LEMJEIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04339<br><br>**NOTICE OF RELATED CASE**<br><br>*Removed from King County Superior Court of the State of Washington, Case No. 26-2-29159-4 SEA* |

Defendant United Airlines, Inc. ("United") gives notice pursuant to Local Civil Rule 3(g) that this action is related to *Efren Marcos v. United Airlines, Inc., et al.*, Case No. 2:26-cv-03156-JNW ("*Marcos*"), pending in the United States District Court for the Western District of Washington before the Honorable Jamal N. Whitehead. The parties in *Marcos* are plaintiff Efren Marcos, individually and on behalf of a putative class, and defendants United Airlines, Inc. and Does 1–20.

Both actions are putative class actions against United concerning alleged violations of Washington wage-and-hour law that are pending in this District. Both allege failures to provide compliant meal and rest periods and to pay all wages owed to Washington employees. *See Marcos*, First Am. Compl. ¶¶ 1, 7 (ECF No. 18); *Lemjeik*, Compl. ¶¶ 1.1–1.2, 6.1 (ECF No. 1-1).



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
**(206) 946-4910**

The proposed classes and class periods substantially overlap, although the class definitions are not identical. Marcos originally filed his lawsuit on July 27, 2026 and seeks to represent "[a]ll current and former employees of one or more of the Defendants who are both non-exempt and paid hourly, and who are based at any location in Washington State at any time from three years prior to the filing of the Complaint through the date of the Court's order certifying the Class ('Class Period')." *Marcos*, First Am. Compl. ¶ 7. Lemjeik filed his lawsuit on September 4, 2026 and seeks to represent "[a]ll hourly-paid or non-exempt employees of Defendants in the State of Washington at any time during the period from three years preceding the filing of [the] Complaint to final disposition of [the] action." *Lemjeik*, Compl. ¶ 6.1.

The actions therefore concern the same named corporate defendant, substantially overlapping proposed classes, and similar alleged employment practices. Indeed, the named plaintiffs are each members of the other's proposed class. They present overlapping factual and legal issues concerning meal and rest periods and propriety of pay practices, among other things. Discovery would certainly overlap as to United's relevant policies and practices, United's employment records, and the employees included in the proposed classes, resulting in unnecessary duplication of labor and expense. Moreover, given the similarity of the challenges to United's practices, there is a potential for conflicting results if the cases are conducted before different judges.

Accordingly, United submits that the actions are related under Local Rule 3(g)(4). This notice is submitted to advise the Court of the relationship between the actions. It does not seek consolidation or other substantive relief at this time, concede that either proposed class should be certified, or admit any allegation in either action. United reserves all defenses and objections in both actions.



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
**(206) 946-4910**

Dated: November 9, 2026.

SEYFARTH SHAW LLP

*/s/Molly Gabel*

Molly Gabel (WSBA No. 47023)

*/s/Michael Tracy*

Michael Tracy (WSBA No. 51226)
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4910
Email: mgabel@seyfarth.com
mtracy@seyfarth.com

JONES DAY

Aaron Markel*
150 W Jefferson Ave, Ste 2100
Detroit, MI 48226
Telephone: (313) 230-7929
Email: amarkel@jonesday.com

Elizabeth McRee*
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4374
Email: emcree@jonesday.com

Koree Wooley*
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone: (858) 314-1191
Email: kbwooley@jonesday.com

Attorneys for Defendant
UNITED AIRLINES, INC.

*Application for admission pro hac vice forthcoming