UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTON LEMJEIK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNITED AIRLINES, INC.; and DOES 1-100, inclusive,

Defendants.

Case No. 2:26-cv-04339

**VERIFICATION OF STATE COURT RECORDS**

Complaint Filed: September 4, 2026

(King County Superior Court Case No. 26-2-29159-4 SEA)

I hereby certify that the copies of pleadings and the papers from the Superior Court of the State of Washington for the County of King ("King County Superior Court") action which I have attached hereto as **Exhibit A** are true and correct copies of all the pleadings and other papers filed in the state court action.

Pursuant to LCR 101(b)(5), I verify that the documents encompassed in **Exhibit A** are true and complete copies of all the records and proceedings in the state court proceeding in King County Superior Court.



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
**(206) 946-4910**

Dated: November 9, 2026

SEYFARTH SHAW LLP

*/s/Molly Gabel*
Molly Gabel (WSBA No. 47023)

*/s/Michael Tracy*
Michael Tracy (WSBA No. 51226)
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: )(206) 946-4910
Email: mgabel@seyfarth.com
mtracy@seyfarth.com

JONES DAY

Aaron Markel*
150 W Jefferson Ave, Ste 2100
Detroit, MI 48226
Telephone: (313) 230-7929
Email: amarkel@jonesday.com

Elizabeth McRee*
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4374
Email: emcree@jonesday.com

Koree Wooley*
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone: (858) 314-1191
Email: kbwooley@jonesday.com

Attorneys for Defendant
UNITED AIRLINES, INC.

*Application for admission pro hac vice forthcoming