UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTON LEMJEIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04339<br><br>**DEFENDANT UNITED AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>*Removed from King County Superior Court of the State of Washington, Case No. 26-2-29159-4 SEA* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Western District of Washington, Defendant United Airlines, Inc. ("Defendant") states that it is incorporated in Delaware and has its principal place of business in Illinois. Defendant is wholly owned by United Airlines Holdings, Inc., a publicly held corporation incorporated in Delaware with its principal place of business in Illinois. To the best of Defendant's knowledge, no publicly held corporation owns 10 percent or more of the stock of United Airlines Holdings, Inc.

*Remainder of page intentionally left blank.*



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
**(206) 946-4910**

DATED this 9th of November, 2026.

SEYFARTH SHAW LLP

*/s/Molly Gabel*
Molly Gabel (WSBA No. 47023)

*/s/Michael Tracy*
Michael Tracy (WSBA No. 51226)
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4910
Email: mgabel@seyfarth.com
mtracy@seyfarth.com

JONES DAY

Aaron Markel*
150 W Jefferson Ave, Ste 2100
Detroit, MI 48226
Telephone: (313) 230-7929
Email: amarkel@jonesday.com

Elizabeth McRee*
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4374
Email: emcree@jonesday.com

Koree Wooley*
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone: (858) 314-1191
Email: kbwooley@jonesday.com

Attorneys for Defendant
UNITED AIRLINES, INC.

*Application for admission pro hac vice forthcoming