UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTON LEMJEIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04339<br><br>**DEFENDANT UNITED AIRLINES, INC.'S CERTIFICATE OF SERVICE REGARDING NOTICE OF REMOVAL**<br><br>*Removed from King County Superior Court of the State of Washington, Case No. 26-2-29159-4 SEA* |

I hereby certify that on the date below written, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to the attorneys of record registers on the System. All other parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure. The contact information, including the email and physical address, for Plaintiff's counsel is below. Copies of the Notice of Removal, Corporate Disclosure Statement, Verification of State Court Records, Civil Case Cover Sheet, Notice of Related Case, and this Certificate have been served by email and mailed via US mail, postage prepaid to the following:



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
**(206) 946-4910**

| | |
|---|---|
| Adarsh N. Parthasarathy, WSBA No. 62319<br>Cassandra Lenning, WSBA No. 54336<br>Danielle E. Kim, WSBA No. 54154<br>BIBIYAN LAW GROUP, P.C.<br>Columbia Center<br>701 Fifth Ave., 42nd Floor<br>Seattle, WA 98104<br>Telephone: (206) 225-2043<br>Fax: (206) 225-2067<br>aparthasarathy@tomorrowlaw.com<br>clenning@tomorrowlaw.com<br>dkim@tomorrowlaw.com<br><br>*Attorneys for Plaintiff* | Via United States Mail with a courtesy copy via email. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2026, in accordance with 28 U.S.C. § 1746.

Dated: November 9, 2026

SEYFARTH SHAW LLP

*/s/Molly Gabel*
Molly Gabel (WSBA No. 47023)

*/s/Michael Tracy*
Michael Tracy (WSBA No. 51226)
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4910
Email: mgabel@seyfarth.com
mtracy@seyfarth.com

JONES DAY

Aaron Markel*
150 W Jefferson Ave, Ste 2100
Detroit, MI 48226
Telephone: (313) 230-7929
Email: amarkel@jonesday.com

Elizabeth McRee*
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4374
Email: emcree@jonesday.com

Koree Wooley*
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone: (858) 314-1191
Email: kbwooley@jonesday.com

Attorneys for Defendant
UNITED AIRLINES, INC.

*Application for admission pro hac vice forthcoming



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910